**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| KAREN MCINNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:16-cv-483-NT |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On June 25, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on the Plaintiff's motion for remand (ECF No. 24). The time within which to file objections has expired, and no objection has been filed. The Magistrate Judge notified the parties that failure to object would waive his right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED** and **ADOPTED**. The Plaintiff's motion for sentence six remand is **GRANTED**. The Plaintiff's statement of errors is **MOOT**.

SO ORDERED.

                                                  /s/ Nancy Torresen
                                                  United States Chief District Judge

Dated this 13th day of July, 2017.